In the Matter of ALIREZA DILMAGHANI, an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted November 15, 2010; decided November 30, 2010

Motion for a stay dismissed as academic.

In the Matter of TYRONE HOUSTON, Appellant, v PATRICIA DIMANGO, a Justice of the Supreme Court, et al., Respondents.

Decided November 30, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the issues presented have become moot.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ECHO WESTLEY DIXON, Appellant, v D. ROCK, as Superintendent of Upstate Correctional Facility, Respondent.

Submitted October 12, 2010; decided November 30, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIONEL RICHARDSON, Appellant, v ANTHONY BOUCAUD, as Superintendent of Altona Correctional Facility, Respondent.

Decided November 30, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that petitioner has been released on parole, and therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]).